Date: 11/19/09

# DIVIDENDS REMITTED TO THE COURT

Check Number 112 Dated 11/19/09

Case Number 08-36861 - LEARY, DANIEL ROBERT

Page: 1

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>　FINAL DISTRIBUTION<br>　0695 | 000009 | 628.51 | 4.56 |
| ---------- Remittance Total ---------------- | | 628.51 | 4.56 |

*[signature]*
John A. Hedback, Trustee

Rec# 1533

RECEIVED
09 NOV 20 PM 12:32
U.S. BANKRUPTCY COURT
ST. PAUL, MN

COURT1　　　　　　　　　　　　　　　　　　　　　　　Printed: 11/19/09 10:54 AM　　Ver: 15.02